## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID LEE DICKINSON,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CA 16-0153-KD-C** |
| **CALLIE V.S. GRANADE,** | : | |
| **Defendant** | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 1, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of June 2016.

s/ **Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**