Mario-Gerard:Bernadel® (85253008) C.F.
Diplomatic/Exempt # 2007-163-5536-8(WA)
c/o. Federal Correctional Institution
1900 Simler Avenue, Big Spring, Texas

Clerk of the Court/Alabama
Southern District of Alabama
Charles R. Diard Jr. Clerk
113 St. Josheph Street
Mobile, Alabama 36602-3621

December 16, 2016

RE: Case No. CA-16-0153-KD-C/ Docket Sheet:

Clerk of the Court:

    In the matter of David Lee Dickinson, Plaintiff v. Callie V.S. Granade, Defendant, I am requesting a copy of the docket sheet, as I wish to purchase several of the documents as recorede therein.

    Please forward this urgent and vital information along with a set of fees and or related costs, as asociated for the retrieval of said documents, to my mailing location listed above.

    I thank you in advance for your immediate consideration to my request, as time is of the essence.

Respectfully submitted,
By: *[signature]*
Mario-Gerard:Bernadel®"Restricted"
"Special and Private"

CC.
ANB/MGB

Mario-Gerard:Bernadel
Reg. ³ 85253008
c/o. Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

LEGAL MAIL

Clerk, US District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, Alabama 36602-3621